**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: CHRISTOPHER J HORSTMAN** | ) | **09 B 35152** |
| **& PATRICIA M HORSTMAN** | ) | |
| | ) | |
| Debtor(s) | ) | **Judge SQUIRES** |

*NOTICE OF WITHDRAWAL*

CHRISTOPHER J & PATRICIA M HORSTMAN      JOHN J LYNCH PC
5644 S MONROE                                                      801 WARRENVILLE RD STE 560
HINSDALE IL 60521                                              LISLE IL 60532


  Please take notice that Docket #35 the Chapter 13 Final Report and Account and Docket #36 the Discharge of Trustee Glenn B Stearns issued on December 31, 2009 are being withdrawn.   These two items were filed in error.

  I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it in the U.S. Mail on January 8, 2010.


         /S/
         Louise Karmia
         For Glenn Stearns, Trustee


Glenn Stearns, Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
630-577-1313